**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6679

STEVEN E. TARPLEY,

Plaintiff - Appellant,

versus

ROBERT J. KUPEC; ROBERT D. RITCHEY; MS.
PULLER; BRUCE BOZMAN; T. MILLINER, Captain; G.
BARNES; DR. REEVES; A. TULL, Lieutenant;
LIEUTENANT HOLLAND; T. J. LEWIS, Officer;
GEORGE KALOROUMAKIS; MR. NASTRI; JOHN DOE,
Hearing Officer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.  (CA-02-3461-WMN)

Submitted:  August 28, 2003        Decided:  September 4, 2003

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Steven E. Tarpley, Appellant Pro Se.  Stephanie Judith Lane Weber,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven E. Tarpley seeks to appeal the district court's order denying his motion to recuse the district court judge from hearing his 42 U.S.C. § 1983 (2000) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Tarpley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED